[No. 3407-1.　Division One.　March 1, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY JEROME MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 68811, Francis E. Holman, J., entered November 8, 1974. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and James, JJ.